

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00430-CV

**IN THE INTEREST OF N.R.G.**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00683
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED November 13, 2019.

_____
Liza A. Rodriguez, Justice